FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9/16/2020
JEFFREY P. COLWELL, CLERK

## In the US District Court of the District of Colorado

Zacarias Moussaoui
    Plaintiff

v

Christopher Synsvoll.

As Supermax, ADX Supervisory Attorney Christopher Synsvoll as engaged in the following crimes to Protect the Saudi Royal 9/11 Co Conspirators as an Agents of Donald Trumps.
- Obstruction of Justice, Tempering with witness, Providing Material Support to terrorist, Conspiracy of Obstruction of Justice, Conspiracy of Tampering with witness, Conspiracy of Providing Material Support to Terrorist. Racial and Religious Discrimination and Conspiracy of Religious and Racial descremination

    Latest Synsvoll Obstruction
      to Cover Up the Saudi 9/11 Attack.

No Stamp to buy to send pleading to the Court of Colorado. and Co Defendant

Trump Agent Now deny me to buy Stamp after denying to buy more than 2 pen a month week and no more

than $10 for Pen Paper, envelope, Clothe, Shoes, per month to Stope Testifying against the Saudi Royal 9/11 Attack. Motion to Leave to Proceed in Forma Pauperis as Trump Agent deny access to my money in Norman Oklahoma so I cannot pay the Court fee to expose the Saudi Royal 9/11 Attack Coverup and Obstruction of Justice that prevent me to Testify for the American Victim, 9/11, USS Cole, US Embassy etc. my testimony to Sean Carter, Evan Kohlmann, Andrew Maloney, Robert Hoefele, Jenny Goldman.

I, ZM, Petition this Court of MJ Gordon P Gallagher to place me in Protective Custody as ADX keep in the Cell in front of USama bin Laden Son in Law a 9/11 Co Conspirator. who call all inmate to kill me for testifying against the Saud Royal 9/11 Co Conspirator. and denouncing Bin Laden as the Saudi Useful Idiot and Al Qaeda as a Saudi False Flag Terrorist Arab Supremacist Gang Cult.

Slave of ALLAH
Zacarias Moussaoui
09/02/20. Sept 02 2020.

HOUSSAOUI
51627-051

Office of the Clerk
US District Court
901-19th Street Room A105
Denver CO 80294-3589

